**FILED**
April 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                      Plaintiff, )
v. ) Case No. MAG. 08-0115 EFB
                            ) ORDER FOR RELEASE OF
                            ) PERSON IN CUSTODY
NICHOLAS FLORES, )
               Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __NICHOLAS FLORES__ , Case No. __MAG. 08-0115 EFB__ , Charge __Title 18 USC § 3144__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __  Release on Personal Recognizance

    __  __  Bail Posted in the Sum of $_____

        __  __  Unsecured Appearance Bond

        __  __  Appearance Bond with 10% Deposit

        __  __  Appearance Bond with Surety

        __  __  Corporate Surety Bail Bond

        __X__  (Other)  *Material Witness Warrant withdrawn.*

Issued at __Sacramento, CA__ on __April 10, 2008__ at __2:23 pm__ .

By  */s/ Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge