1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   OMAR OROZCO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. Mag. No. 08-115 EFB
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
13     v.                         ) PRELIMINARY HEARING AND EXCLUDING
                                  ) TIME
14 OMAR OROZCO,                   )
                                  )
15              Defendant.        ) Date:  August 18, 2008
                                  ) Time:  2:00 P.M.
16 _____ ) Judge: Hon. Dale A. Drozd

17

18     IT IS HEREBY STIPULATED by and between Assistant United States

19 Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20 OROZCO, by and through his counsel, Caro Marks, Assistant Federal

21 Defender, that good cause exists to extend the preliminary hearing

22 currently set for July 17, 2008, to August 18, 2008, pursuant to

23 Federal Rule of Criminal Procedure 5.1(d).

24     The parties agree to extend the time for the preliminary hearing

25 to facilitate a pre-indictment resolution of the case against the

26 defendant.  The defendant agrees that a continuance of the preliminary

27 hearing date will not prejudice him because a pre-indictment resolution

28 could result in an overall sentencing exposure that is significantly

1 | reduced.

2 |      Counsel further stipulates that an exclusion of time from July 17,

3 | 2008 to August 18, 2008 is appropriate under the Speedy Trial Act

4 | because the government has already provided discovery and is currently

5 | drafting a plea agreement.  Once the plea agreement is provided, Ms.

6 | Marks will need time to review the plea agreement with her client and

7 | discuss its implications with the defendant.

8 |      As a result, counsel for both parties believe time should be

9 | excluded under Local Code T4 to allow reasonable time to prepare

10 | defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

11 |

12 | Dated:  July 17, 2008

        Respectfully submitted,

13 |

        DANIEL J. BRODERICK
14 |        Federal Defender

15 |

        /s/ Caro Marks
16 |        _____

        CARO MARKS
17 |        Senior Litigator
        Attorney for Defendant
18 |        OMAR OROZCO

19 |

20 | Dated: July 17, 2008

        MCGREGOR SCOTT
        United States Attorney
21 |

22 |        /s/ Jason Hitt

23 |        _____
        JASON HITT
24 |        Assistant U.S. Attorney

25 |      **IT IS SO ORDERED**

26 | DATED:  July 17, 2008.

27 |

        EDMUND F. BRENNAN
28 |        UNITED STATES MAGISTRATE JUDGE