```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Mag. No. 08-mj-0115 EFB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING PRELIMINARY HEARING |
| | ) | AND EXCLUDING TIME |
| OMAR OROZCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Omar OROZCO, by and through his counsel Caro Marks, Esq., that good cause exists to extend the preliminary hearing currently set for September 17, 2008, at 2:00 p.m. to October 17, 2008, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the

1  defendant.  The defendant agrees that a continuance of the
2  preliminary hearing date will not prejudice him because a pre-
3  indictment resolution could result in an overall sentencing exposure
4  that is significantly reduced.  Both counsel believe a resolution on
5  this case may occur within the one month.
6      Counsel further stipulate that an exclusion of time from
7  September 17, 2008, to October 17, 2008, is appropriate under the
8  Speedy Trial Act because the government has provided discovery and a
9  draft plea agreement for the defendant.  Counsel for the defendant
10 needs additional time to review the terms of the plea agreement with
11 her client and discuss its implication with him.  As a result,
12 counsel for both parties believe time should be excluded under Local
13 Code T4 to allow reasonable time to prepare defense of the case.  18
14 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

16 Dated: September 17, 2008          /s/Jason Hitt
                                     JASON HITT
17                                   Assistant U.S. Attorney

18 Dated: September 17, 2008          /s/Jason Hitt
                                     CARO MARKS, ESQ.
19                                   Counsel for defendant Omar OROZCO
                                     Authorized to sign for Ms. Marks
20                                   on 09-16-08

1 | Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for September 17, 2008, to October 17, 2008, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 17, 2008.

IT IS SO ORDERED.

Date: 09/19/08                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

orozco.ord2