```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    OMAR OROZCO
 7
```

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) No. Mag. No. 08-115 EFB
                                  )
12               Plaintiff,       )
                                  ) STIPULATION AND ORDER CONTINUING
13       v.                       ) PRELIMINARY HEARING AND EXCLUDING
                                  ) TIME
14  OMAR OROZCO,                  )
                                  )
15               Defendant.       ) Date:  November 25, 2008
                                  ) Time:  2:00 P.M.
16  _____) Judge: Hon. Dale A. Drozd

17

18       IT IS HEREBY STIPULATED by and between Assistant United States

19  Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20  OROZCO, by and through his counsel, Caro Marks, Assistant Federal

21  Defender, that good cause exists to extend the preliminary hearing

22  currently set for October 17, 2008, to November 25, 2008, pursuant to

23  Federal Rule of Criminal Procedure 5.1(d).

24       The parties agree to extend the time for the preliminary hearing

25  due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks

26  recovery from these injuries is anticipated to take at least another

27  month or more.  Additional time is also necessary so that upon Ms.

28  Marks' return the parties can facilitate a pre-indictment resolution of

1  the case against the defendant.  The defendant agrees that a
2  continuance of the preliminary hearing date will not prejudice him
3  because a pre-indictment resolution could result in an overall
4  sentencing exposure that is significantly reduced.
5       Counsel further stipulates that an exclusion of time from October
6  17, 2008 to November 25, 2008 is appropriate under the Speedy Trial Act
7  because the government has already provided discovery.
8       As a result, counsel for both parties believe time should be
9  excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

Dated:  October 16, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Senior Litigator
                                        Attorney for Defendant
                                        OMAR OROZCO


Dated: October 16, 2008                 MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney


     **IT IS SO ORDERED**

DATED:  October 17, 2008.
                                        _____
                                        U.S. MAGISTRATE JUDGE

Stip and order for Oroczco (08-115) -2-