DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OMAR OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Mag. No. 08-0115 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| OMAR OROZCO, | |
| Defendant. | Date: December 23, 2008<br>Time: 2:00 P.M.<br>Judge: Hon. Edmund F. Brennan |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR OROZCO, by and through his counsel, Caro Marks, Assistant Federal Defender, that good cause exists to extend the preliminary hearing currently set for November 25, 2008, to December 23, 2008, pursuant to Federal Rule of Criminal Procedure 5.1(d).

　　　The parties agree to extend the time for the preliminary hearing due to the injuries Ms. Marks sustained in a car accident. Ms. Marks recovery from these injuries is anticipated to take at least another month or more. Additional time is also necessary so that upon Ms. Marks' return the parties can facilitate a pre-indictment resolution of

1  the case against the defendant.  The defendant agrees that a
2  continuance of the preliminary hearing date will not prejudice him
3  because a pre-indictment resolution could result in an overall
4  sentencing exposure that is significantly reduced.
5       Counsel further stipulates that an exclusion of time from November
6  25, 2008 to December 23, 2008 is appropriate under the Speedy Trial Act
7  because the government has already provided discovery.
8       As a result, counsel for both parties believe time should be
9  excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

Dated:  November 17, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Senior Litigator
                                        Attorney for Defendant
                                        OMAR OROZCO

Dated: November 17, 2008                MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED: November 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/orozco0115.stipord(2)

-2-