```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OMAR OROZCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OMAR OROZCO,<br><br>          Defendant.<br>_____ | No. Mag. No. 08-115 EFB<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME<br><br>Date:  January 22, 2009<br>Time:  2:00 P.M.<br>Judge: Hon. Edmund F. Brennan |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR OROZCO, by and through his counsel, Caro Marks, Assistant Federal Defender, that good cause exists to extend the preliminary hearing currently set for December 23, 2008, to January 22, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    The parties agree to extend the time for the preliminary hearing due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks recovery from these injuries is anticipated to return to the office the first part of January.  Additional time is also necessary so that upon Ms. Marks' return the parties can facilitate a pre-indictment

1 resolution of the case against the defendant.  The defendant agrees
2 that a continuance of the preliminary hearing date will not prejudice
3 him because a pre-indictment resolution could result in an overall
4 sentencing exposure that is significantly reduced.
5     Counsel further stipulates that an exclusion of time from December
6 23, 2008 to January 22, 2009 is appropriate under the Speedy Trial Act
7 because the government has already provided discovery.
8     As a result, counsel for both parties believe time should be
9 excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

12 Dated:   November 25, 2008
    Respectfully submitted,

    DANIEL J. BRODERICK
14     Federal Defender

    /s/ Caro Marks
16     _____
    CARO MARKS
17     Senior Litigator
    Attorney for Defendant
18     OMAR OROZCO

20 Dated: November 25, 2008    MCGREGOR SCOTT
    United States Attorney

22     /s/ Jason Hitt

23     _____
    JASON HITT
    Assistant U.S. Attorney
24     **SO ORDERED**
25 DATED:   December 3, 2008.

*[signature: Edmund F. Brennan]*
27 EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

Stip and order for Oroczco (08-115)  -2-