```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    OMAR OROZCO
 7
```

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. Mag. No. 08-115 EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) PRELIMINARY HEARING AND EXCLUDING |
| | ) TIME |
| OMAR OROZCO, | ) |
| | ) |
| Defendant. | ) Date: February 25, 2009 |
| | ) Time: 2:00 P.M. |
| _____ | ) Judge: Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR OROZCO, by and through his counsel, Caro Marks, Assistant Federal Defender, that good cause exists to extend the preliminary hearing currently set for January 22, 2009, to February 25, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   The parties agree to extend the time for the preliminary hearing due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks is recovering from these injuries is anticipated to return to the office the 20th of January.  Additional time is also necessary so that upon Ms. Marks' return the parties can facilitate a pre-indictment

1 resolution of the case against the defendant.  The defendant agrees
2 that a continuance of the preliminary hearing date will not prejudice
3 him because a pre-indictment resolution could result in an overall
4 sentencing exposure that is significantly reduced.
5    Counsel further stipulates that an exclusion of time from January
6 22, 2009 to February 25, 2009 is appropriate under the Speedy Trial Act
7 because the government has already provided discovery.
8    As a result, counsel for both parties believe time should be
9 excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

Dated:  January 09, 2009
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Senior Litigator
                                    Attorney for Defendant
                                    OMAR OROZCO


Dated: January 09, 2009             LARRY BROWN
                                    Acting United States Attorney


                                    /s/ Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney

   **IT IS SO ORDERED**

Dated:  January 12, 2009

                                     s/s Gregory G. Hollows
                                    GREGORY G. HOLLOWS
                                    United States Magistrate Judge
orozco.ord3

Stip and order for Oroczco (08-115)  -2-