1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
3   CARO MARKS, Bar #159267
    Senior Litigator
4   Designated Counsel for Service
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700
6
7   Attorneys for Defendant
    OMAR OROZCO

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. Mag. No. 08-115 EFB
                                  )
12                  Plaintiff,    )
                                  )  STIPULATION AND ORDER CONTINUING
13       v.                       )  PRELIMINARY HEARING AND EXCLUDING
                                  )  TIME
14  OMAR OROZCO,                  )
                                  )
15                  Defendant.    )  Date:  March 18, 2009
                                  )  Time:  2:00 p.m.
16  _____)  Judge: Hon. Edmund F. Brennan

17

18       IT IS HEREBY STIPULATED by and between Assistant United States

19  Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20  OROZCO, by and through Linda C. Harter, Chief Assistant Federal

21  Defender on behalf of Caro Marks, Assistant Federal Defender, that good

22  cause exists to extend the preliminary hearing currently set for

23  February 25, 2009 to March 18, 2009 at 2:00 p.m., pursuant to Federal

24  Rule of Criminal Procedure 5.1(d).

25       The parties agree to extend the time for the preliminary hearing

26  due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks

27  has suffered a recent set back and continues to recover from these

28  injuries.  It is now anticipated she will return to the office the

first week of March 2009.  Additional time is also necessary so that upon Ms. Marks' return the parties can facilitate a pre-indictment resolution of the case against the defendant.  The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced.

Counsel further stipulates that an exclusion of time from February 25, 2009 to March 18, 2009 is appropriate under the Speedy Trial Act because the government has already provided discovery.

As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

Dated:  January 28, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
OMAR OROZCO

Dated: January 28, 2009

LARRY BROWN
Acting United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**
January 29, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

orozco.ord4