1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  CARO MARKS, Bar #159267
   Senior Litigator
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorneys for Defendant
7  OMAR OROZCO

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         ) No. Mag. No. 08-115 EFB
                                      )
12                Plaintiff,          )
                                      ) STIPULATION AND ORDER CONTINUING
13      v.                            ) PRELIMINARY HEARING AND EXCLUDING
                                      ) TIME
14  OMAR OROZCO,                      )
                                      )
15                Defendant.          ) Date:  April 20, 2009
                                      ) Time:  2:00 p.m.
16  _____   ) Judge: Hon. Dale A. Drozd

17

18      IT IS HEREBY STIPULATED by and between Assistant United States
19  Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR
20  OROZCO, by and through Caro Marks, Assistant Federal Defender, that
21  good cause exists to extend the preliminary hearing currently set for
22  March 18, 2009 to April 20, 2009 at 2:00 p.m., pursuant to Federal Rule
23  of Criminal Procedure 5.1(d).
24      The parties agree to extend the time for the preliminary hearing
25  due to Mr. Hitt currently being in trial and Ms. Marks recent return to
26  the office.  Additional time is also necessary so that Ms. Marks and
27  the government can facilitate a pre-indictment resolution of the case
28  against the defendant.  The defendant agrees that a continuance of the

1  preliminary hearing date will not prejudice him because a pre-
2  indictment resolution could result in an overall sentencing exposure
3  that is significantly reduced.
4     Counsel further stipulates that an exclusion of time from
5  March 18, 2009 to April 20, 2009 is appropriate under the Speedy Trial
6  Act because the government has already provided discovery.
7     As a result, counsel for both parties believe time should be
8  excluded under Local Code T4 to allow reasonable time to prepare
9  defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.
10 Dated:  March 18, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ *Caro Marks*
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
OMAR OROZCO

17 Dated: March 18, 2009         LARRY BROWN
                                 Acting United States Attorney


                                 /s/ *Jason Hitt*
                                 JASON HITT
                                 Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED:  March 18, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE