```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-mj-0115 EFB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING PRELIMINARY HEARING |
| ) | AND EXCLUDING TIME |
| OMAR OROZCO, ) | |
| ) Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar OROZCO, by and through his counsel Caro Marks, Esq., that good cause exists to extend the preliminary hearing currently set for June 19, 2009, at 2:00 p.m. to July 31, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided and the parties are close to a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall

1

sentencing exposure that is significantly reduced.  Both counsel believe a resolution on this case may occur within the next month.

Counsel further stipulate that an exclusion of time from June 20, 2009, to July 31, 2009, is appropriate under the Speedy Trial Act because the government has provided discovery, and the government will need time to prepare and finalize a plea agreement for defense counsel to review the draft agreement and discuss its implications with the defendant.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

Dated: June 19, 2009      /s/Jason Hitt
                          JASON HITT
                          Assistant U.S. Attorney

Dated: June 19, 2009      /s/Caro Marks
                          CARO MARKS, ESQ.
                          Counsel for Omar OROZCO
                          Authorized to sign for Ms. Marks
                          on 06-19-09

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for June 22, 2009, to July 31, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 31, 2009.

IT IS SO ORDERED.
Date: June 19, 2009.

_____
U.S. MAGISTRATE JUDGE