```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  CARO MARKS, Bar #159267
    Senior Litigator
 4  Designated Counsel for Service
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorneys for Defendant
 7  OMAR OROZCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-0315 JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER VACATING PRELIMINARY HEARING AND SETTING CHANGE OF PLEA |
| OMAR OROZCO, | ) | |
| Defendant. | ) | Date: August 11, 2009<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR OROZCO, by and through Caro Marks, Assistant Federal Defender, that the court should vacate the preliminary hearing date presently set for July 31, 2009, at 2:00 p.m., and set the matter for change of plea on August 11, 2009, at 9:30 a.m. before the Honorable John A. Mendez, U.S. District Court Judge.

After prolonged negotiations, the parties have agreed on a resolution of the case. On or about July 27, 2009, the United States government filed an information, CR-S-09-0315 JAM. The defendant intends to enter a guilty plea to that information. The parties

1  stipulate that the date of August 11, 2009 should be set for entry of
2  plea.  The time period up until August 11, 2009 will give defense
3  counsel time to review the information, waiver of indictment, and plea
4  agreement with the defendant and have them translated into Spanish.
5       The parties further stipulate that an exclusion of speedy trial
6  time from the date of the signing of this Order up to and including
7  August 11, 2009 is appropriate under the Speedy Trial Act to allow
8  defense counsel to complete the tasks listed herein.
9       Therefore, the court should exclude speedy trial time under 18
10 U.S.C. § 3161(h)(7) [Local Code T4], to allow counsel reasonable time
11 to prepare; vacate the preliminary hearing date of July 31, 2009, and
12 set the matter for entry of plea on August 11, 2009.
13 Dated:  July 29, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Caro Marks*
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
OMAR OROZCO

20 Dated:  July 29, 2009          LARRY BROWN
                                  Acting United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

/s/ John A. Mendez
JOHN A. MENDEZ
United States Magistrate Judge