```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  Case No. 2:09-cr-0315 JAM
                                )
12              Plaintiff,      )  AMENDED STIPULATION AND
                                )  ORDER CONTINUING
13  v.                          )  JUDGMENT AND SENTENCING
                                )
14  OMAR OROZCO,                )
                                )
15              Defendant.      )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar
19  OROZCO, by and through his counsel Caro Marks, Esq., that the
20  judgment and sentencing currently set for February 8, 2010, at 9:30
21  a.m. should be continued to March 9, 2010, at 9:30 a.m.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28
```

1

The requested continuance is based upon the need to give additional time for the Probation Office to fully review and consider a recent joint submission by the parties to the Probation Officer about the defendant's sentencing exposure, Guideline calculation, and other mitigating factors in this case.

Dated: February 8, 2010        /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

Dated: February 8, 2010        /s/Caro Marks
                               CARO MARKS, ESQ.
                               Counsel for Omar OROZCO
                               Authorized to sign for Ms. Marks
                               on 02-08-10

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for February 9, 2010, at 9:30 a.m., is continued to March 9, 2010, at 9:30 a.m.

DATED: 02/08/2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge