```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. 2:09-cr-0315 JAM
                                 )
12              Plaintiff,       )   STIPULATION AND
                                 )   ORDER CONTINUING
13  v.                           )   JUDGMENT AND SENTENCING
                                 )
14  OMAR OROZCO,                 )
                                 )
15              Defendant.       )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar
19  OROZCO, by and through his counsel Caro Marks, Esq., that the
20  judgment and sentencing currently set for May 18, 2010, at 9:30 a.m.
21  should be continued to June 15, 2010, at 9:30 a.m.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /
```

1    The requested continuance is based upon the need to give
2 additional time for the Probation Office to fully review and
3 consider a recent joint submission by the parties to the Probation
4 Officer about the defendant's sentencing exposure, Guideline
5 calculation, and other mitigating factors in this case.

Dated: May 13, 2010        /s/Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney

Dated: May 13, 2010        /s/Caro Marks
                           CARO MARKS, ESQ.
                           Counsel for Omar OROZCO
                           Authorized to sign for Ms. Marks
                           on 05-13-10

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for May 18, 2010, at 9:30 a.m., is continued to June 15, 2010, at 9:30 a.m.

DATED: May 13, 2010    /s/ John A. Mendez
                       JOHN A. MENDEZ
                       United States District Judge