1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-0315 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | JUDGMENT AND SENTENCING |
| OMAR OROZCO, | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar OROZCO, by and through his counsel Caro Marks, Esq., that the judgment and sentencing currently set for July 27, 2010, at 9:30 a.m. should be continued to August 3, 2010, at 9:30 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

The requested continuance is based upon the need to give additional time for the parties to consider a sentencing memorandum prepared by the defendant and obtain further guidance from the prosecutor's supervisor regarding the government's position on the defendant's sentencing exposure, Guideline calculation, and other mitigating factors in this case.

Dated: July 26, 2010          /s/Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

Dated: July 26, 2010          /s/Caro Marks
                              CARO MARKS, ESQ.
                              Counsel for Omar OROZCO
                              Authorized to sign for Ms. Marks
                              on 07-26-10

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for July 27, 2010, at 9:30 a.m., is continued to August 3, 2010, at 9:30 a.m.

DATED: July 26, 2010          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Judge